255 So.2d 768

**James NEVILS, III, et al.**

**v.**

**TRAVELERS INSURANCE COMPANY.**

No. 51930.

Dec. 2, 1971.

In re: Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 255 So.2d 184.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

255 So.2d 768

**Carl J. JACKSON, Jr.**

**v.**

**Ronald T. LAJAUNIE et al. and Continental Insurance Company.**

No. 51960.

Jan. 4, 1972.

In re: Carl J. Jackson, Jr., applying for writ of certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 253 So.2d 540.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.